*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, DALY, and MIZER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Daniel A. DRAHER, Jr.**
Gunnery Sergeant (E-7), U.S. Marine Corps
*Appellant*

**No. 202300163**

_____

Decided: 27 December 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Kevin S. Woodard (arraignment and motions)
Eric A. Catto (motions and trial)

Sentence adjudged 2 February 2023 by a general court-martial convened at Marine Corps Air Station Cherry Point, North Carolina, consisting of officer and enlisted members. Sentence in the Entry of Judgment: no punishment.

For Appellant:
*Mr. Phillip Stackhouse* (argued)
*Lieutenant Christopher B. Dempsey, JAGC, USN* (on brief)

For Appellee:
*Major Candace G. White* (argued)
*Lieutenant Commander James P. Wu Zhu, JAGC, USN* (on brief)

_____

**This opinion does not serve as binding precedent, but
may be cited as persuasive authority under
NMCCA Rule of Appellate Procedure 30.2.**

_____

PER CURIAM:

Appellant was convicted, contrary to his pleas, of one specification of violating a lawful general order, in violation of Article 92, Uniform Code of Military Justice [UCMJ], by wrongfully consuming an alcoholic beverage.[1]

Appellant asserts two assignments of error (AOEs): (1) whether the Government engaged in unlawful command influence (UCI) by interfering with Appellant's right to counsel; and (2) whether the Government violated Appellant's Article 38(b), UCMJ, rights by interfering with his established attorney-client relationship.

After careful consideration of the record, as well as the briefs of appellate counsel, oral argument, and in light of this Court's opinion in *United States v. Negron*, we find merit in both assignments of error.[2]

Accordingly the findings and sentence are **SET ASIDE and the Charge and its Specification are DISMISSED WITH PREJUDICE.**



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] 10 U.S.C. § 892.

[2] *United States v. Negron*, No. 202300164 __ CCA LEXIS ___ (N-M. Ct. Crim. App. Dec. 27, 2024) (unpublished) (Appellant and the appellant in *Negron* were tried together in a common trial pursuant to Rule for Courts-Martial 812).